**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| TERRY E. MALOY, | ) |
| | ) |
| Plaintiff, | ) Law No. 4:12-cv-00390 |
| | ) |
| vs. | ) |
| | ) |
| COMMUNITY 1ST CREDIT UNION 457(f) RETENTION PLAN, and THE COMMUNITY 1ST CREDIT UNION BOARD OF DIRECTORS, as Plan Administrators, | ) **DISCLOSURE STATEMENT** |
| | ) |
| Defendants. | |

    As required by LR 7.1 and LR 81 c and d, Defendants in this case, provide the following information to the court:

*(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:*

None

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

Not applicable

Date: October 26, 2012.

                              LANE & WATERMAN LLP

                By: *Diane M. Reinsch*
                        Diane M. Reinsch  AT0006527
                        220 N. Main Street, Suite 600
                        Davenport, IA  52801
                        Phone: (563) 324-3246
                        Fax: (563) 324-1616
                        E-Mail: dreinsch@l-wlaw.com
                        **ATTORNEY FOR DEFENDANTS**

2

### **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of the foregoing **Disclosure Statement** was served electronically via CM/ECF upon counsel of record on **October 26, 2012**.

                                            */s/  Diane M. Reinsch*