**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| TERRY E. MALOY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMUNITY 1ST CREDIT UNION ) | No. 12-cv-390 |
| 457(f) RETENTION PLAN, and THE ) | |
| COMMUNITY 1ST CREDIT UNION ) | |
| BOARD OF DIRECTORS, as plan ) | |
| Administrators, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to settlement, against the Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to be responsible for their attorneys' fees and costs.

| | |
|---|---|
| _Matthew D. Jacobson_ | _Diane M. Reinsch_ |
| Matthew D. Jacobson | Diane M. Reinsch |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | |
| Whitfield & Eddy, PLC, 317 Sixth Ave. | Lane & Waterman, LLP, 220 N.Main St. |
| Des Moines, IA 50311 | Davenport, Iowa 52801 |
| *Address* | *Address* |
| | |
| (515) 246-5531 | (563) 333-6644 |
| *Telephone Number* | *Telephone Number* |
| | |
| Dated: 12-10-12 | Dated: 12-10-12 |

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have on **Monday, December 10, 2012**, electronically filed a true and correct copy of the foregoing pleading with the Clerk of Court through the Court's ECF system, which sent electronic notification of the filing to all counsel of record at the e-mail addresses provided by them in their respective Appearances with the Court.

                                             _Matthew D. Jacobson_
                                             Matthew D. Jacobson